```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X

CITADEL BROADCASTING CORP.,

                Plaintiff,

         - against -

DOLAN,

                Defendant.

------------------------------------------------------ X

**ORDER**

09 Civ. 6914 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        On October 22, 2009, defendant inadvertently filed defendant's Initial Disclosure Statement on ECF.  The Clerk of Court is directed to remove that document from ECF.

        SO ORDERED:

        _____
        Shira A. Scheindlin
        U.S.D.J.

Dated:    New York, New York
             October 24, 2009

1

- **Appearances** -

**For Plaintiff:**

Sarah E. Bouchard, Esq.
Erica Eileen Flores, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Melissa Rodriguez
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

**For Defendant:**

Robert David Kraus
Kraus & Zuchlewski LLP
500 Fifth Avenue, Suite 5100
New York, NY 10110
(212) 869-4646