UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

CITADEL BROADCASTING CORP.,

        Plaintiff,

   - against -

JOHN MITCHELL DOLAN,

        Defendant.

------------------------------------------------------- X

**ORDER**

09 Civ. 6914 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 1/5/10

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    IT IS HEREBY ORDERED that the above-captioned case remain on the suspense docket until January 25, 2010 because plaintiff recently filed for bankruptcy. All proceedings, including discovery, are therefore stayed until that date. A conference is scheduled for January 25, 2010 at 4:00 p.m. The Clerk of the Court is directed to place this case on the suspense docket until January 25, 2010.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
           January 5, 2010

1

## - Appearances -

**For Plaintiff:**

Sarah E. Bouchard, Esq.
Erica E. Flores, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Melissa C. Rodriguez, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

**For Defendant:**

Robert Kraus, Esq.
Pearl Zuchlewski, Esq.
Jeremy Freedman, Esq.
Kraus & Zuchlewski LLP
500 Fifth Avenue, Suite 5100
New York, NY 10110
(212) 869-4648